In the Matter of GEORGE H. STELZER, Charged with Being the Father of the Child of JULIA FICUNILLI, Born Out of Lawful Wedlock.— Motion to dismiss appeal denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

PHILIP MANGER, Appellant, v. CHARLES F. GOLDING, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ABE MILLER, Appellant, v. MAX MILLER, Respondent.— Motion to dismiss appeal granted, there being no opposition.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

NEW CENTER DEVELOPMENT CORPORATION, Appellant, v. HALMA CONSTRUCTION CORPORATION, Respondent.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

SANTA ODDO, as Administratrix, etc., of MARIANO ODDO, Deceased, Appellant, v. PATERSON BRIDGE COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

SAMUEL A. PROBOLSKY and HARRY PROBOLSKY, Copartners, etc., Respondents, v. ELLEK MARKOWITZ, as Treasurer, etc., Defendant.   HARRY GREEN and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied.   The order of this court being one of modification, permission to appeal is not required. (Civ. Prac. Act, § 588, subd. 1.)   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CATAPANO, Appellant.— Motion to open default granted on condition that appellant perfect the appeal for Monday, April 4, 1927, and be ready for argument on that date; otherwise, motion denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH HIRSCH, Appellant.— Motion to open default granted on condition that appellant perfect the appeal for Monday, April 4, 1927, and be ready for argument on that date; otherwise, motion denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MAX RICH, Respondent, v. DAVID PRESENT, Appellant.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CLARENCE W. ROBERTS, Respondent, v. CARROLL M. HALL, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

REBECCA SEGAR, Respondent, v. JOE STRAUCHLER and SAM ZIMMERMAN, Appellants.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied as unnecessary.   The order appealed from being a final order, and not unanimous, defendants may appeal to the Court of Appeals as a matter of right.   (Civ. Prac. Act, § 588.)   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MAX SHUB, Respondent, v. AARON CONSTRUCTION Co., INC., Appellant.— Motion to dismiss appeal denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.